*U.S. Department of Justice*

*United States Attorney
District of Maryland
Northern Division*

---

*Rod J. Rosenstein*  
*United States Attorney*

*Joshua L. Kaul*  
*Assistant United States Attorney*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4815*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*  
*TTY/TDD: 410-962-4462*

January 10, 2013

The Honorable Ellen L. Hollander  
United States District Court  
101 W. Lombard Street  
Baltimore, Maryland  21201

      Re:    United States v. Eric Holbrook,  
            Criminal No. ELH-10-355

Dear Judge Hollander:

      I am writing to provide a status report for the above-referenced case.  The parties continue to believe that this case will be resolved short of trial and that additional time will assist them in reaching a resolution to this case.  The parties therefore respectfully request that they be permitted to submit an updated status report on or before March 8, 2013.

      Thank you in advance for your consideration of this request.

                        Very truly yours,

                        Rod J. Rosenstein  
                        United States Attorney

              By:  _____/s/_____  
                        Joshua L. Kaul  
                        Assistant United States Attorney

cc:    Paul Hazlehurst, Esq.